UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00046-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

DARIUS RAMON LIMON,

       Defendant.

---

### ORDER

THIS MATTER comes before the Court on Defendant's Second Unopposed Motion to Continue Trial Due to Ends of Justice, Vacate Trial Date, and Set Status Conference **(#41)**. Having reviewed the Motion, the Court

**ORDERS that the Government shall file a response to the Motion (#41) on or before June 29, 2006.**

Dated this 19th day of June 2006.

                                                **BY THE COURT:**

                                                *Marcia S. Krieger* (signature)

                                                Marcia S. Krieger
                                                United States District Judge