UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00046-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

DARIUS RAMON LIMON,

       Defendant.

---

## ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR

---

The following matter is set for hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **July 12, 2006 at 4:30 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  The matter is set for a non-evidentiary hearing of not more than 15 minutes. Counsel shall *bring their calendars.*

The parties shall be prepared to address **docket nos. 41 and 45.**

Dated this 29th day of June 2006.

**BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge