UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00046-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

DARIUS RAMON LIMON,

       Defendant.

---

## ORDER RESCHEDULING HEARING

Due to an emergency scheduling conflict, the hearing previously set for **July 12, 2006 at 4:30 p.m**. is hereby reset to **July 18, 2006 at 10:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 10th day of July, 2006.

       **BY THE COURT:**

       *Marcia S. Krieger*

       Marcia S. Krieger
       United States District Judge