UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00046-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DARIUS RAMON LIMON,

        Defendant.

## ORDER

**THIS MATTER** is before the Court pursuant to the Unopposed Motion for Extension of Time to File Motions to Suppress Evidence **(Doc. #61).** The Court being fully advised in the foregoing,

**ORDERS** that the Unopposed Motion for Extension of Time to File Motions to Suppress Evidence **(Doc. #61) is GRANTED.** The defendant shall have to and including September 21, 2006 by which to file motions to suppress evidence.

Dated this 8th day of August, 2006.

        **BY THE COURT:**

        *Marcia S. Krieger*
        _____
        Marcia S. Krieger
        United States District Judge