UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00046-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

DARIUS RAMON LIMON,

       Defendant.

_____

## ORDER RESETTING MOTIONS HEARING
_____

       **IT IS ORDERED** that the motions hearing set for **August 25, 2006 at 4:00 p.m.** is reset

to **August 25, 2006 at 11:00 a.m.** in Courtroom A901, 901 19th Street, Denver, Colorado.

       Dated this 22nd day of August, 2006

                   **BY THE COURT:**

                   Marcia S. Krieger

                   Marcia S. Krieger
                   United States District Judge