UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00046-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DARIUS RAMON LIMON,

        Defendant.

## ORDER

THIS MATTER is before the Court on the Joint Motion for Eleven-Day Extension of Time for the Defendant to File Motions to Suppress **(#70).** The Court being fully advised in the foregoing,

**ORDERS** that the Joint Motion for Eleven-Day Extension of Time for the Defendant to File Motions to Suppress **(#70) is GRANTED** *nunc pro tunc* to September 21, 2006. The defendant has to and including October 2, 2006 to file motions to suppress evidence in this case.

Dated this 25th day of September, 2006

                                            **BY THE COURT:**

                                            Marcia S. Krieger
                                            United States District Judge