UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00046-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DARIUS RAMON LIMON,

      Defendant.

---

## ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR

---

The following matter is set for hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **October 11, 2006 at 8:30 a.m** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  The matter is set for a non-evidentiary hearing of not more than 15 minutes. Counsel shall *bring their calendars.*

The parties shall be prepared to address the Second Joint Motion for Extension of Time for Defendant to File Motions to Suppress (#72).

Dated this 2nd Day of October, 2006

**BY THE COURT:**

Marcia S. Krieger
United States District Judge