UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00046-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DARIUS RAMON LIMON,

    Defendant.

## ORDER

Pursuant to the agreement of the parties,

**IT IS ORDERED** that the sentencing hearing for Defendant Darius Ramon Limon is reset to **June 18, 2007 at 11:30 a.m.** United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 23rd day of March, 2007

        **BY THE COURT:**

        *Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge