IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-02375-MSK
Criminal Action No. 06-cr-00046-MSK

UNITED STATES OF AMERICA,

v.

DARIUS LIMON,

    Movant.

## ORDER

After preliminary consideration of Movant's motion to vacate, set aside, or correct the sentence imposed by this Court, it is now

**ORDERED** that the United States Attorney on or before **November 8, 2009**, shall file an answer or other pleading directed to the motion pursuant to Rule 4 and 5 of the Rules Governing Section 2255 Proceedings.

DATED this 8th day of October, 2009.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge